# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-926
_____

IVAN ISADORE RUSSELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

July 9, 2019

PER CURIAM.

AFFIRMED. *See Jones v. State*, 922 So. 2d 1088 (Fla. 4th DCA 2006) (holding that the filing of an unsuccessful petition for belated appeal does not toll or extend the two-year limit for filing a motion for postconviction relief under Florida Rule of Criminal Procedure 3.850).

WETHERELL, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ivan Isadore Russell, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.